# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON
AND ESTATE OF LARRY RAGSDALE,
AN ADULT FORMER PROTECTED
PERSON.

No. 76016

FILED

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

LARRY RAGSDALE,

Appellant,

vs.

SHANNON ERNST, PUBLIC
GUARDIAN,

Respondent.

## ORDER DISMISSING APPEAL

This is an appeal from a district court order approving the final accounting and report of a guardian. Tenth Judicial District Court, Churchill County; Thomas L. Stockard, Judge.

Our review of the notice of appeal and documents before this court reveals a jurisdictional defect. The notice of appeal appears to have been untimely filed. The district court clerk's office received an undated letter from appellant on May 17, 2018, requesting an appeal of a December 5, 2017, hearing. On May 29, 2018, the district court entered an order construing the May 17 letter as an appeal from the December 5, 2017, Order Approving Final Accounting and Report and a motion for reconsideration of an order entered in separate guardianship case.

Notice of entry of the December 5, 2017, order was served on appellant by mail on December 8, 2017. It appears that appellant's letter was not received in the district court until May 17, 2018, well outside the time to file the notice of appeal. *See* NRAP 4(a)(1) (a notice of appeal must

18-29039

be filed within 30 days after notice of entry of the order appeal from is served); NRS 159.325 (appeals authorized by NRS Chapter 159 must be filed within 30 days of notice of entry of the challenged order). Accordingly it appears that we lack jurisdiction, *see Healy v. Volkswagenwerk*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (holding that an appellant's untimely notice of appeal failed to invoke this court's jurisdiction over an appeal), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.        _____, J.
Gibbons                                        Hardesty

cc:    Hon. Thomas L. Stockard, District Judge
       Larry Ragsdale
       Churchill County District Attorney/Fallon
       Churchill County Clerk